**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Miguel Zaragoza Fuentes v. Evangelina Lopez Guzman Zaragoza

Appellate case number: 01-16-00251-CV

Trial court case number: 2014-30215

Trial court: 245th District Court of Harris County

The court reporter has requested that this Court extend the time for filing the reporter's record to August 31, 2016. The court reporter also has informed the court that the parties are in agreement regarding the composition of the reporter's record. The extension request is GRANTED. The reporter's record is due **on or before August 31, 2016**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                          Acting individually

Date: August 16, 2016